**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

WILLIAM DIRK HUIHUI,                          :

     Plaintiff,                                  :

vs.                                                      :        CA 20-0530-MU

KILOLO KIJAKAZI,                              :
Acting Commissioner of Social Security,
                                                           :
     Defendant.

## <u>JUDGMENT</u>

In accordance with the memorandum opinion and order entered on this date, it is

hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner

of Social Security denying Plaintiff benefits be affirmed.

**DONE** this the 13th day of September, 2021.

                               s/P. Bradley Murray
                              **UNITED STATES MAGISTRATE JUDGE**